666

No. 631. LICHTENSTEIN ET AL. *v.* FLORIDA DRY CLEANING & LAUNDRY BOARD. On petition for writ of certiorari to the Supreme Court of Florida. February 6, 1939. Dismissed on motion of counsel for petitioners. *Messrs. E. F. P. Brigham* and *Vincent C. Giblin* for petitioners. No appearance for respondent.

No. 728. CHAMBERS *v.* NORTH DAKOTA. Appeal from the Supreme Court of North Dakota. March 6, 1939. Docketed and dismissed on motion of counsel for the appellee. No appearance for appellant. *Mr. P. O. Sathre* for appellee.

No. 606. SANTA MONICA MOUNTAIN PARK CO. *v.* UNITED STATES. On writ of certiorari, *ante,* p. 624, to the Circuit Court of Appeals for the Ninth Circuit. March 29, 1939. Dismissed per stipulation of counsel. *Messrs. John B. Milliken, Claude I. Parker,* and *L. A. Luce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *W. Croft Jennings* for the United States.